United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                        Case No. 2:25-mj-638

Hector Velandia-Anaya

## COURTROOM MINUTES
### Initial Appearance

| | | | |
|---|---|---|---|
| **U.S. Magistrate Judge Kimberly A. Jolson** | | **Date:** November 12, 2025 @ 2:00 pm | |
| **Deputy Clerk** | Jessica Rector | **Counsel for Govt:** | **Emily Czerniejewski** |
| **Court Reporter** | CourtSmart | **Counsel for Deft(s):** | **Soma Dutta** |
| **Interpreter** | James Weller | **Pretrial/Probation:** | **Tiara Turner** |
| **Log In** | **2:05 pm** | **Log Out** | **2:13 pm** |

Interpreter sworn in.

Defendant advised of rights, charges, and penalties.

Defendant requested, qualified for & will be appointed counsel.

Government's oral motion for detention hearing is granted.

Detention Hearing set for 11/18/25 @ 1:30 pm.

Preliminary Hearing set for 11/26/25 @ 10:00 am

Government reminded of their obligation under the Due Process Protections Act.

Defendant advised of his right to notify the Venezuelan consulate of his arrest.

Defendant remanded to USMS.